United states District Cour District of Conne

Barbara Valentine
41 Beverly Road
New Haven, CT 06515

COMPLAINT

VS

Yale New Haven Hospital
% Sarah Infantino
% Mark Ciarciello
20 York Road
New Haven, CT 06510

JUN 10 2022 PM2:00
FILED - USDC - BPT -

3:22cv 766(KAD)

28 U.S.C. §1331 et seq.

The defendants Sarah Infantino and Mark Ciarciello are knowingly discriminating against me because of my age which is prohibited and protected. In 1967 Congress enacted the Federal Age Discrimination Eployment Act.

1. The defendant Mark Ciarciello did nothing to protect me from being discriminated against from the defendant Sarah Infantino who I complained to him about on numerous occassion about the unfair treatment.

The defendant Mark Ciarciello would not even reach out to my witnesses that I stated to him I had when Sarah Infantino

accused me of wrong doing.

3. The defendant Sorah Infantino would get manager approval to over Ride a younger employee who forgot to swipe or forgot badge but wrote me up on warning and never ask for manager approval to over Ride me.

4. The defendant Sorah Infantino stated I need to do my Job like a much younger employee by the name of Jen.

5. The defendant Sorah Infantino is changing my shift from Day to night without a Valid reason to give it to Jen who is a much younger employee when I have been working the day shift since 2008.

6. Both defendants Sorah Infantino and Mark Ciarciello are doing this because I am the oldest in the department and all other employees are under 40 years of age

I have complained to defendant Mark Ciarciello several times about being treat unfairly and

he has done nothing about it they both Mark and Sarah are trying to force me out because of my age.

8. I have been employed at Yale for 29 years and started having problems with the defendant Sarah the last year and a half.

9. The defendant Mark Ciarciello did nothing to remove me from this being discriminated against by Sarah Infanti

10. The younger employees are all being treated differently by Sarah Infanti

11. The defendants Sarah and Mark are both aware I am protected by the Federal ADEA Act which was passed by congress.

12. I am suffering by Mental and emotional distress by the defendants.

Unable to fulfill my normal Task.

# Relief

1. I am asking both defendants Mark and Sarah cease and stop all discriminating acts against me.

2. A Monetary amount for all the emotional and Mental dis-Stress

3. To be able to (ffro) perform my job in an environment I wont be harrassed in.

Sign Barbara Valent          Dated June 10 2022